# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KANIE KASTROLL, on her own behalf and on behalf of all others similarly situated, | |
| Plaintiff, | 2: 09-cv - 02034- LDG-VCF |
| vs. | **ORDER** |
| WYNN RESORTS, LTD., a Nevada corporation d/b/a WYNN LAS VEGAS, | |
| Defendant. | |

Before the Court is Plaintiff's Unopposed Motion for An Order Allowing Plaintiff's Counsel to Appear at the Status Conference by Telephone (#73).

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for An Order Allowing Plaintiff's Counsel to Appear at the Status Conference by Telephone (#73) is GRANTED and Mr. Steven Woodrow may appear telephonically at the status hearing scheduled for October 24, 2012 at 9:30 a.m. The call in number to the telephone conference line is (702) 868-4911, passcode 123456.

DATED this 18th day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE