**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KANE KASTROLL, etc., | 2:09-cv-2034-LDG-VCP |
| Plaintiff, | |
| v. | JUDGMENT |
| WYNN RESORTS, LTD, | |
| Defendant. | |

Defendant's motion having come before the court and the court having considered the issues therein and rendered its decision,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendant and against plaintiff without prejudice for lack of subject matter jurisdiction.

DATED this 6 day of February, 2013.

_____
Lloyd D. George
United States District Judge